UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

DOSHIA MARIE BANKS,

Debtor/Appellant,

Case No. 25-cv-11986
Hon. Matthew F. Leitman

v.

VMC REO, LLC,

Creditor/Appellee.

_______________________________________/

**JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Debtor/Appellant's appeal is dismissed as moot.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 22, 2026
Detroit, Michigan